# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER: 06-MJ-00126-DLW |
| TYRON J. BENALLY | RAE DREVES<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to Violation No. P0428452/09..

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. 4.23(a)(1) | Operating Under Influence of Alcohol or Drugs | May 20, 2006 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation Nos. P0428455/09; P0428456/09 and P0428457/09 are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

June 26, 2006
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, United States Magistrate Judge
Name & Title of Judicial Officer

June 26, 2006
Date

DEFENDANT: TYRON J. BENALLY
CASE NUMBER: 06-MJ-00126-DLW                                          Judgment-Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Four (4) Months and Fifteen (15) Days.

The court recommends that the Bureau of Prisons that the Defendant be allowed to serve his sentence at the La Plata County Jail in Durango, Colorado..

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

DEFENDANT: TYRON J. BENALLY
CASE NUMBER: 06-MJ-00126-DLW

Judgment-Page 3 of 4

By_____
Deputy United States Marshal

DEFENDANT: TYRON J. BENALLY
CASE NUMBER: 06-MJ-00126-DLW                                              Judgment-Page 4 of 4

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | $0.00 | $0.00 |

DEFENDANT: TYRON J. BENALLY
CASE NUMBER: 06-MJ-00126-DLW                                    Judgment-Page 5 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.